L.B.F. 9014-3

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :        Chapter 7

NEIGHBORS QUALITY                         :
HOMECARE, LLC                             :
            Debtor                        :        Bky. No. 25-10023-amc

\* \* \* \* \* \* \*

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

BABY JENKINS WILLIAMS AND ANGELIA WILLIAMS'S MOTION FOR DEFAULT
_(Name of movant)_ has filed _(name of motion)_ with the court for _(describe the relief sought in the motion)_.

1. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before 10/29/25 you or your attorney must file a response to the Motion. _(see Instructions on next page)_.

3. A hearing on the Motion is scheduled to be held on 10/29/25, at 12:30 PM in Courtroom #4, United States Bankruptcy Court, (address of Bankruptcy Court) 900 MARKET STREET, SUITE 400, PHILADELPHIA PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## Filing Instructions

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

8. **If you are not required to file electronically,** you must file your response at
   900 MARKET ST., STE 400
   PHILADELPHIA, PA 19107
   (*address of bankruptcy clerk's office*)

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    [Attorney's name] ERNEST SASSO
    [Firm name] LECHTER & SASSO, P.C.
    [Address] 1845 WALNUT ST., 25TH FL, PHILADELPHIA, PA 19103-4725
    [Phone No.] 215-564-6000
    [Fax No.] 215-588-0877 OR 215-598-8150
    [E-mail address] SASSO@LECHTERSASSO.COM

[If applicable, name and address of others to be served.]

CHERITTA BROWN, (CHERITANQHC@GMAIL.COM)
715 WEST FISHER AVENUE
PHILADELPHIA, PA 19120

Date: OCTOBER 8, 2025